# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. REED,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY MALDONADO, et. al.,<br><br>    Defendants. | Case No. EDCV 10-1792-AHM (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: June 10, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1