JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. REED,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEPUTY MALDONADO, et. al.,<br><br>　　　　Defendants. | Case No. EDCV 10-1792-AHM (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that Judgment be entered dismissing this action without prejudice.

Dated: June 10, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

1